NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CASITAS MUNICIPAL WATER DISTRICT,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5033

---

Appeal from the United States Court of Federal Claims in case no. 05-CV-168, Senior Judge John P. Wiese.

---

## ON MOTION

---

## ORDER

The United States moves for a 55-day extension of time, until May 30, 2012, to file its response brief. Casitas Municipal Water District moves for a 30-day extension of time, until July 13, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

APR 0 3 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Roger J. Marzulla, Esq.
Katherine J. Barton, Esq.
Roderick E. Walston, Esq.
J. David Breemer, Esq.
Jennifer L. Spaletta, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 3 2012

· JAN HORBALY
CLERK